United States District Court
Southern District of Texas
**ENTERED**
April 26, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RASHAD MOHAMMED, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>DAE & ASSOCIATES, LTD., | **Case No.: 4:19-cv-103**<br>FLSA Collective Action |

The parties agreed to dismiss this action in favor of arbitration. Accordingly, this case is DISMISSED. Each party shall bear their own fees and costs.

Signed at Houston, Texas on April 25th, 2019.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE